## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Ch. 7 |
| **William L. Butler**, | : | |
| | : | Bankruptcy No**. 25-11644 AMC** |
| Debtor. | : | |

# O R D E R

**AND NOW**, this 29th day of May, 2025, the Debtor having filed the above bankruptcy case on April 29, 2025,

**AND**, the Debtor having filed thirteen (13) prior bankruptcy cases before the present case: Including case number 25-10013, a Chapter 7 case filed in the Eastern District of Pennsylvania Bankruptcy Court on January 3, 2025 and dismissed on March 6, 2025 for failure to file the certificate of credit counseling,

**AND,** the docket reflecting that the Debtor has failed to file the required documents in the present case,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on June 25, 2025, at**

**12:30 p.m. by telephone (1-646-828-7666 with Meeting ID 160 6807 8081)** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to file the required documents as provided for in the order dated April 30, 2025,

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge