# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| William L. Butler, | § | Case No. 25-11644-AMC |
| Debtor. | § | |

## AFFIDAVIT

I, Earl Raynor, Esquire, hereby swear and affirm subject to the penalties for unsworn falsifications, pursuant to 18 Pa.C.S.A. Section 4904, that pursuant to the stipulation between the undersigned counsel and the United States Trustee, after withdrawing my appearance on this case, I met with the debtor, William Butler, and returned his retainer fee of $1,500.00.

Respectfully submitted:

6/4/25

_____
Earl Raynor, Esquire